IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANIEL HARGROVE; JEREMY POWELL; KEVIN STALLWORTH; RONALD ANDERSON; ALEXANDER CRAWFORD; CHRISTOPHER HARRISON; JANORRIS SPEARS; CARL RICHARDSON; TAVERO WOODS; LAFAYETTE PROCTOR; KEITH MCKEVER; KENNETH MCCULOUGH; LEE BAILEY; LAMAR JACKSON; FREDERICK BARRETT; DEONTE LITMON; EUGENE BALLARD; SPENCER COMPTON; CHRISTOPHER RUTHERFORD; VICTOR KING; MARCUS WRIGHT; LARRY DARNELL PACE; WILLIE RANSOM; ANTONIO CALDWELL, <br><br> Plaintiffs <br><br> VS. <br><br> DAVID L. FRAZIER, <br><br> Defendant | CIVIL ACTION NO.: 5:08-CV-187 (CAR) <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> ORDER |

Approximately twenty-four (24) plaintiffs, all inmates at Hancock State Prison in Sparta, Georgia, have filed a joint *pro se* complaint under 42 U.S.C. § 1983 seeking injunctive relief. Because plaintiffs have not paid the $350.00 filing fee, the Court assumes that they want to proceed *in forma pauperis*.

The Prison Litigation Reform Act of 1995 (the "PLRA") requires that a prisoner bringing a civil action *in forma pauperis* pay the full filing fee. 28 U.S.C. § 1915(b). The Eleventh Circuit Court of Appeals has held that prisoners proceeding *in forma pauperis* are not allowed to join together as plaintiffs in a single lawsuit. Each prisoner is required to file his own lawsuit and pay the full amount of the filing fee. *Hubbard v. Haley*, 262 F.3d 1194 (11th Cir. 2001). Prisoners may

not join claims and thus pro-rate a single filing fee. As the Eleventh Circuit in *Hubbard* noted, requiring each plaintiff to pay the full filing fee is consistent with Congress's purpose of imposing costs on prisoners to deter frivolous suits. *Id.* at 1197-98.

Applying this principle to the case at hand, plaintiffs' are not allowed to proceed *in forma pauperis* and this case is **DISMISSED**.[1] Dismissal is without prejudice and plaintiffs will be allowed to re-file their complaints separately, if they choose.

**SO ORDERED**, this 10th day of June, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

lnb